**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

SHAMSHER SINGH,                )
                               )
            Petitioner,        )
                               )
v.                             )        Case No. CIV-26-1002-J
                               )
MARKWAYNE MULLIN, et al.,      )
                               )
            Respondents.       )

## <u>ORDER</u>

Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging his detention with Immigration and Customs Enforcement.  [Doc. No. 1].  While the case was proceeding, Petitioner was removed to India.  [Doc. No. 9].  In light of Petitioner's removal from the United States, the Court FINDS the Petition MOOT and terminates the action.

IT IS SO ORDERED this 28th day of May, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE